FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICENTE RUIZ | No. 4:17-CV-05031-SAB |
| Petitioner, | **ORDER ADOPTING REPORT** |
| v. | **AND RECOMMENDATION TO** |
| RON HAYNES, | **DISMISS HABEAS ACTION** |
| Respondent. | |

Magistrate Judge Dimke filed a Report and Recommendation on August 14, 2019, ECF No. 9, recommending the Court dismiss Petitioner's Petition for Writ of Habeas Corpus, ECF No. 3. Objections to the Report and Recommendation were due by August 28, 2019. There being no objections to the Report and Recommendation, the Court **adopts** Magistrate Judge Dimke's Report and Recommendation.

//
//
//
//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS
HABEAS ACTION ⁓ 1**

1        Accordingly, **IT IS HEREBY ORDERED:**

2        1. The Report and Recommendation, ECF No. 9, is **ADOPTED in its**

3    **entirety**.

4        2. Petitioner's Petition for Writ of Habeas Corpus, ECF No. 3, is

5    **DISMISSED WITH PREJUDICE**.

6        **IT IS SO ORDERED.** The District Court Executive is hereby directed to

7    file this Order, enter judgment, provide copies to Petitioner and to Magistrate

8    Judge Mary K. Dimke, and to **close the file**.

9        **DATED** this 7th day of November 2019.

10

11

12

13

14    _____

15        Stanley A. Bastian

16        United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS HABEAS ACTION ~ 2**